**97–495. Miller v. Gen. Assembly.**

On petition for declaratory temporary restraining order and motion for preliminary or permanent injunctive relief. *Sua sponte*, cause dismissed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

**97–581. State ex rel. Nelson v. Lake Cty. Court of Common Pleas.**

In Procedendo. On motion to dismiss. Motion to dismiss overruled, writ granted, and the court is ordered to proceed.

Douglas, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.

Moyer, C.J., and Cook, J., dissent.

Lundberg Stratton, J., dissents, would grant respondent's Civ.R. 12(B)(6) motion and dismiss the cause.

**97–660. Hicks v. State.**

In Habeas Corpus. *Sua sponte*, cause dismissed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

**97–675. Canter v. Anderson.**

In Habeas Corpus. *Sua sponte*, cause dismissed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

**97–699. Whitehead v. State.**

In Habeas Corpus. *Sua sponte*, cause dismissed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.